# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| REGINALD J. RODGERS, SR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 4:08CV0950 RWS/AGF |
| | ) |
| DON ROPER, | ) |
| | ) |
| Respondent. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Petitioner's Motion for a Hearing shall be considered along with the procedural and substantive issues raised in this action, and is accordingly, **DENIED without prejudice** at this point in the proceedings. [Doc. #13]


*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of June, 2009.